UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LANA M. HIGGS, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social <br> Security, <br><br> Defendant. | No. CV-10-0294-CI <br><br> ORDER GRANTING STIPULATED <br> MOTION FOR REMAND PURSUANT <br> TO SENTENCE SIX OF 42 U.S.C. <br> 405(g) |

BEFORE THE COURT is the parties' stipulated Motion to Remand the above-captioned matter to the Commissioner for additional administrative proceedings (Ct. Rec. 14.) The parties have consented to proceed before a magistrate judge. (Ct. Rec. 6.).

Pursuant to sentence six of 42 U.S.C. §§ 405(g)("Sentence six"), the court may remand the case to the Commissioner for good cause shown before he files an answer. *See Melkonyan v. Sullivan*, 501 U.S. 89, 98, 101 n.2 (1991). Here, good cause exists in that Defendant has not filed an answer and the parties agree additional proceedings are needed to determine whether Plaintiff timely requested a hearing, and if not, whether good cause existed for making an untimely request. Sentence six requires the Commissioner

ORDER GRANTING STIPULATED MOTION
FOR REMAND PURSUANT TO SENTENCE SIX
42 U.S.C. 405(g) - 1

to return to the district court to "file with the court any such additional or modified findings of fact and decision, and a transcript of the additional record and testimony upon which his action in modifying or affirming was based." *Id.* at 98 (*quoting* sentence six of 42 U.S.C. § 405(g))  Accordingly,

**IT IS ORDERED**:

1. The parties' Stipulated Motion for Remand (**Ct. Rec. 14**) is **GRANTED**;

2. On remand, the ALJ shall afford Plaintiff an opportunity for a hearing on Plaintiff's applications of disability insurance benefits and supplemental security income benefits under Titles II and XVI of the Social Security Act.  The ALJ shall determine whether Plaintiff timely requested a hearing.  If the request is deemed untimely, the ALJ shall determine whether good cause existed for the untimely request for hearing.  If it is determined Plaintiff's request was timely or delayed for good cause, the ALJ may proceed directly to providing Plaintiff a hearing on the merits of her applications for disability benefits.

///
///
///
///

ORDER GRANTING STIPULATED MOTION
FOR REMAND PURSUANT TO SENTENCE SIX
42 U.S.C. 405(g) - 2

3. The court shall maintain jurisdiction of this action pursuant to 42 U.S.C. § 405(g). If the outcome is still unfavorable to Plaintiff, she may seek judicial review by reinstating this case rather than by filing a new complaint.

The District Court Executive is directed to enter this Order and forward copies to counsel.

DATED December 10, 2010.

s/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION
FOR REMAND PURSUANT TO SENTENCE SIX
42 U.S.C. 405(g) - 3